UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
JULIO PAREDES et al., *on behalf of themselves and all*              :
*others similarly situated*,                                         :
                                                                     :
                          Plaintiffs,                       :      21 Civ. 708 (JPC)
                                                                     :
                -v-                                        :         ORDER
                                                                     :
SISTINA RESTAURANT INC. and GIUSEPPE                                 :
BRUNO,                                                               :
                                                                     :
                          Defendants.                       :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Plaintiffs filed the Complaint in this action on January 26, 2021.  (Dkt. 1.)  The docket reflects that Defendants Sistina Restaurant Inc. and Giuseppe Bruno were served with the Complaint on February 8, 2021, making their responses to the Complaint due March 1, 2021.  (Dkts. 6, 7.)  To date, Defendants have neither responded to the Complaint nor appeared in this action.

        Within one week of the filing of this Order, Plaintiffs are ordered to file a status letter with the Court.  In that letter, Plaintiffs shall inform the Court as to the status of this litigation, including whether they intend to move for default judgment against Defendants.

        SO ORDERED.

Dated: March 10, 2021                      _____
      New York, New York                    JOHN P. CRONAN
                                         United States District Judge