

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

June 18, 2021

**VIA ECF**
The Honorable District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     **Paredes, et al. v. Sistina Restaurant Inc., et al.**
        **Civil Case No.: 1:21-CV-708 (JPC)**

Dear Judge Cronan:

Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion jointly with Defendants to respectfully request that the June 30, 2021 Initial Pretrial Conference be adjourned *sine die* in light of the parties' settlement-in-principle.

On June 2, 2021, the parties attended a mediation conference through the SDNY mediation program and were able to reach an agreement to resolve all claims asserted in this matter. However, as this matter involves claims asserted under the Fair Labor Standards Act, the parties are currently in the process of drafting the settlement agreement and accompanying motion for settlement approval to be submitted to the Court. As such, the parties respectfully request 30 days to submit the settlement documents for the Court's review. If this request is granted, the parties can file on or before July 19, 2021.

We thank Your Honor for his consideration and remain available to provide any additional information.

The parties' request is granted.  The Initial Pretrial Conference scheduled for June 30, 2021, at 12:00 p.m. is adjourned *sine die*.

The parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by July 19, 2021.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

SO ORDERED.
Date: June 18, 2021
    New York, New York

_____
JOHN P. CRONAN
United States District Judge