

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

July 19, 2021

**The parties' request is granted. Settlement documents pursuant Cheeks or a status letter shall be filed by August 2, 2021.**

**SO ORDERED.**

Date: July 20, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

**Via ECF and Electronic Mail**
The Honorable District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Paredes, et al. v. Sistina Restaurant Inc., et al.**
     **Civil Case No.: 1:21-CV-708 (JPC)**

Dear Judge Cronan:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this motion jointly with Defendants to respectfully request an extension of time to file the parties' settlement agreement and motion for Court approval of settlement pursuant to *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

    The aforementioned settlement documents are due to the Court today, however, the parties are still in the process of finalizing the documents for submission and obtaining clients' signatures. In light of this, the parties respectfully request a two-week extension of time to file the settlement documents. If this request is approved, the parties can file on or before August 2, 2021.

    This is the first request for an extension of time to file the settlement documents and this request will not affect any other dates or deadlines.

    We thank the Court for its consideration and remain available to provide any additional information.

    Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.